96 F.3d 1434
 U.S.
v.
Alcan Aluminum Corp., BASF Corp., Beazer Materials and
Services, Inc., Borg-Warner Corp., Carrier Corp., Chemical
Leaman Tank Lines Co., Chemical Management, Inc., Chrysler
Motors Corp., Dana Corp., Dart Industries, Inc., Exxon
Corp., Ford Motor Company, Goulds Pumps, Inc., Hitchcock Gas
Engine Co., Ingersoll-Rand, Neapco, Inc., Rome Strip Steel Co.
 NO. 95-7570
 United States Court of Appeals,
Third Circuit.
 Aug 22, 1996
 
 Appeal From: M.D.Pa.,
 Vanaskie, J., 892 F.Supp. 648.
 
 
 1
 AFFIRMED.